USDC SCAN INDEX SHEET










SUI   10/14/99 13:17
3:99-CR-02979   USA V. THOMAS
*1*
*CRINDI.*

PLEASE RECEIPT AND RETURN
FILED
99 OCT 13 PM 2:33

BY: [signature] DEPUTY

Unsealed 10/20/99
JES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 1998 Grand Jury  **'99cr 2979 E**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Manufacture of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ULISES THOMAS (1), ) JOHN RAY PETERSON (2), ) TERRY JOHN ENNIS (3), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including July 24, 1998, within the Southern District of California, and elsewhere, defendants ULISES THOMAS, JOHN RAY PETERSON and TERRY JOHN ENNIS did knowingly and intentionally conspire together and with each other and with other persons known to the grand jury to manufacture marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//
//

CAB:kro:San Diego
10/07/99

1

Count 2

On or about July 24, 1998, within the Southern District of California, defendants ULISES THOMAS, JOHN RAY PETERSON and TERRY JOHN ENNIS did knowingly and intentionally manufacture over 100 marijuana plants, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: October 13, 1999.

A TRUE BILL:

_____
Foreperson

GREGORY A. VEGA
United States Attorney

By: _____
CYNTHIA A. BASHANT
Assistant U.S. Attorney

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA     PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA
V.                                          **WARRANT FOR ARREST**

ULISES THOMAS (1)

CASE NUMBER: 99cr2979E

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest              ULISES THOMAS (1)
_____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                          [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to manufacture marijuana; 21:841(a)(1) - Manufacture of marijuana; 18:2 - Aiding and abetting

In violation of Title      See Above      United States Code, Section(s) _____

Roberta Westdal                            Clerk of the Court
Name of Issuing Officer                    Title of Issuing Officer

CA Gunier         C. GUNIER                10/13/99 SAN DIEGO
Signature of Deputy                        Date and Location

Bail fixed at $     NO BAIL SET      by    The Honorable JOHN A. HOUSTON
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA *PLEASE RECEIPT AND RETURN*

UNITED STATES OF AMERICA

V.

JOHN RAY PETERSON (2)

**WARRANT FOR ARREST**

CASE NUMBER: 99cr2979E

*Unsealed 10/20/03*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN RAY PETERSON (2)__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to manufacture marijuana; 21:841(a)(1) - Manufacture of marijuana; 18:2 - Aiding and abetting

In violation of Title __See Above__ United States Code, Section(s) _____

| Roberta Westdal | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| CA Gunier *C. GUNIER* | 10/13/99 SAN DIEGO |
| Signature of Deputy | Date and Location |

Bail fixed at $ __NO BAIL SET__ by __The Honorable JOHN A. HOUSTON__

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA  PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA

V.  **WARRANT FOR ARREST**

TERRY JOHN ENNIS (3)

CASE NUMBER: 99cr2979E  *Unsealed 10/20/99*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TERRY JOHN ENNIS (3)__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to manufacture marijuana; 21:841(a)(1) - Manufacture of marijuana; 18:2 - Aiding and abetting

In violation of Title __See Above__ United States Code, Section(s) _____

| Roberta Westdal | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| CA Gunier  C. GUNIER | 10/13/99 SAN DIEGO |
| Signature of Deputy | Date and Location |

Bail fixed at $ __NO BAIL SET__ by __The Honorable JOHN A. HOUSTON__

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |