USDC SCAN INDEX SHEET

















CSG   2/10/00   8:52

3:99-CR-02979   USA V. THOMAS

*30*

*CRJGMCOMI.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

ULISES THOMAS (1)

FILED
FEB - 9 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT INCLUDING SENTENCE UNDER
THE SENTENCING REFORM ACT OF 1984**

**CRIMINAL CASE NO.** 99CR2979-E

MAXINE DOBRO
ATTORNEY OF RECORD

**THE DEFENDANT:**

_X_ pleaded guilty to count _one of the Indictment_____.

____ was found guilty on count(s)_____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **COUNT NUMBER(S)** |
|---|---|---|
| 21 USC 846 and 841(a)(1) | CONSPIRACY TO MANUFACTURE MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through _5_ of this Judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.

___ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

_X_ _The remaining count is_____ dismissed on the motion of the United States.

_X_ It is ordered that the defendant shall pay to the United States a special assessment of **$100.00** which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

FEBRUARY 07, 2000
Date of Imposition of Sentence

WILLIAM B. ENRIGHT
United States District Judge

Entered on _2-10-00_

99CR2979

30

```
DEFENDANT:ULISES THOMAS (1)              JUDGMENT - PAGE  2  OF  5
CASE NUMBER:99CR2979-E
```

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED** .

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the U.S. Marshal for this district

    ☐ at _____ a.m./p.m. on _____.

    ☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ☐ before 9AM on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                 UNITED STATES MARSHAL

                                 By _____
                                          Deputy Marshal

99CR2979

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __**5 YEARS**__ .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
>
> ____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
>
> __X__ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ULISES THOMAS (1)                              JUDGMENT PAGE  4  OF 5
CASE NUMBER: 99CR2979-E

## SPECIAL CONDITIONS OF SUPERVISION

**X** Submit to a search of person, property, residence, abode or vehicle at a reasonable time and in a reasonable manner by the probation officer.

**X** Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer.

**X** Not possess firearms, explosive devices, or other dangerous weapons.

**X** Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

**X** The defendant is to complete the first calendar year 100 hours of Community Service that is acceptable by the probation officer.

99CR2979

```
AO 245 S   FINE
=====================================================================
DEFENDANT: ULISES THOMAS (1)                        JUDGMENT PAGE 5 OF 5
CASE NUMBER: 99CR2979-E
```

**FINE**

The defendant shall pay a fine in the amount of $ 1,000.00
unto the United States of America.

99CR2979